IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

COMMUNITY FINANCIAL SERVICES
ASSOCIATION OF AMERICA, LTD. and
CONSUMER SERVICE ALLIANCE OF
TEXAS,

                 Plaintiffs,

v.

CONSUMER FINANCIAL PROTECTION
BUREAU and JOHN MICHAEL
MULVANEY, in his official capacity as
Acting Director, Consumer Financial
Protection Bureau,

                 Defendants.

Civil Action No. 1:18-cv-00295

## FEDERAL RULE OF CIVIL PROCEDURE 5.1
## NOTICE OF A CONSTITUTIONAL CHALLENGE

Pursuant to Federal Rule of Civil Procedure 5.1(a), Plaintiffs Community Financial

Services Association of America, Ltd. and Consumer Services Alliance of Texas file and serve

this Notice of a Constitutional Challenge on the Attorney General of the United States.  Plaintiffs

serve this notice because their Complaint, (Dkt. No. 1), challenges the constitutionality of Title X

of the Dodd-Frank Wall Street Reform and Consumer Protection Act, also known as the

Consumer Financial Protection Act of 2010, Pub. L. No. 11-203.

Dated:  April 9, 2018                         Respectfully submitted,


                                              /s/ Laura Jane Durfee
                                                MICHAEL A. CARVIN*
                                                  D.C. Bar No. 366784
                                                  macarvin@jonesday.com
                                                CHRISTIAN G. VERGONIS*
                                                  D.C. Bar No. 483293
                                                  cvergonis@jonesday.com
                                              **JONES DAY**
                                              51 Louisiana Avenue NW
                                              Washington, DC 20001
                                              Telephone: (202) 879-3939
                                              Facsimile: (202) 626-1700

                                                LAURA JANE DURFEE
                                                  Texas Bar No. 24069653
                                                  ldurfee@jonesday.com
                                              **JONES DAY**
                                              2727 North Hardwood Street
                                              Dallas, TX 75201
                                              Telephone: (214) 220-3939
                                              Facsimile: (214) 969-5100

                                              *Counsel for Plaintiffs*

                                              *Applications for admission *pro hac vice pending*

## CERTIFICATE OF SERVICE

        I certify that on April 9, 2018, a copy of the foregoing document and a copy of Plaintiffs'

Complaint, (Dkt. No. 1), was served by certified mail on Jeff Sessions, Attorney General of the

United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.


                                              /s/ Laura Jane Durfee
                                              Laura Jane Durfee

2