IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD. and CONSUMER SERVICE ALLIANCE OF TEXAS,<br><br>        Plaintiffs,<br><br>  v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and JOHN MICHAEL MULVANEY, in his official capacity as Acting Director, Consumer Financial Protection Bureau,<br><br>        Defendants. | Civil Action No. 1:18-cv-00295 |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENTS**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs provide the following information:

- Community Financial Services Association of America, Ltd. has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

- Consumer Service Alliance of Texas has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: April 9, 2018                                       Respectfully submitted,


                                                  /s/ *Laura Jane Durfee*
                                                  MICHAEL A. CARVIN*
                                                    D.C. Bar No. 366784
                                                    macarvin@jonesday.com
                                                CHRISTIAN G. VERGONIS*
                                                    D.C. Bar No. 483293
                                                    cvergonis@jonesday.com
                                              **JONES DAY**
                                              51 Louisiana Avenue NW
                                              Washington, DC 20001
                                              Telephone: (202) 879-3939
                                              Facsimile: (202) 626-1700

                                              LAURA JANE DURFEE
                                                  Texas Bar No. 24069653
                                                  ldurfee@jonesday.com
                                              **JONES DAY**
                                              2727 North Hardwood Street
                                              Dallas, TX 75201
                                              Telephone: (214) 220-3939
                                              Facsimile: (214) 969-5100

                                          *Counsel for Plaintiffs*

                                          *Applications for admission pro hac vice pending*