FILED

18 APR 11 PM 12:26

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Community Financial Services Association of America, Ltd.
and Consumer Services Alliance of Texas,

-vs-

Consumer Financial Protection Bureau and John Michael
Mulvaney, in his capacity as Acting Director, Consumer
Financial Protection Bureau.

Case No. 1:18-CV-00295 LY

## ORDER

BE IT REMEMBERED on this the __11th__ day of __April__, 20__18__, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __Christian G. Vergonis__ ("Applicant"), counsel for __Plaintiffs__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __Plaintiffs__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __11th__ day of __April__ 20__18__.

_____
UNITED STATES DISTRICT JUDGE