AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Texas

| | |
|---|---|
| Community Financial Services Association of America, Ltd. and Consumer Service Alliance of Texas, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Consumer Financial Protection Bureau and John Michael Mulvaney, in his official capacity as Acting Director, Consumer Financial Protection Bureau, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:18-cv-00295-LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN MICHAEL MULVANEY, in his official capacity as Acting Director, Consumer Financial Protection Bureau

1700 G St NW
Washington, DC 20552

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laura Jane Durfee
Jones Day
2727 North Hardwood Street
Suite 600
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: April 10, 2018

*Deanna Massie*

*Signature of Clerk or Deputy Clerk*



**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS**

---

**Community Financial Services Association of America, Ltd., et al.**


**Plaintiff**

*vs.*          **Case No: 1:18-cv-00295-LY**

**Consumer Financial Protection Bureau, et al.**

---

**Defendant**

## <u>AFFIDAVIT OF SERVICE</u>

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Federal Rule of Civil Procedure 5.1 Notice of a Constitutional Challenge; Plaintiffs' Corporate Disclosure Statements; Motion for Admission Pro Hac Vice Regarding Michael A. Carvin with Attachment 1 and Proposed Order; and Motion for Admission Pro Hac Vice Regarding Christian G. Vergonis with Attachment 1 and Proposed Order in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/11/2018 at 3:50 PM, I served John Michael Mulvaney, in his official capacity as Acting Director, Consumer Financial Protection Bureau with the Summons; Complaint; Civil Cover Sheet; Federal Rule of Civil Procedure 5.1 Notice of a Constitutional Challenge; Plaintiffs' Corporate Disclosure Statements; Motion for Admission Pro Hac Vice Regarding Michael A. Carvin with Attachment 1 and Proposed Order; and Motion for Admission Pro Hac Vice Regarding Christian G. Vergonis with Attachment 1 and Proposed Order at 1990 K Street, NW, Washington, DC 20006 by serving Stephen Bressler, Associate General Counsel, authorized to accept service.

Stephen Bressler is described herein as:

Gender: Male   Race/Skin: White   Age: 50   Weight: 190   Height: 5'11"   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that this information is true.

4-12-18
_____
Executed On

_____
David S. Felter

Client Ref Number:301600-605001
Job #: 1543400

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050