AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Community Financial Services Assoc. of Am. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-295 |
| Consumer Financial Protection Bureau et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Consumer Financial Protection Bureau and John Michael Mulvaney             .

Date:   05/31/2018

/s/ Kevin E. Friedl
*Attorney's signature*

Kevin E. Friedl (NY Bar #5240080)
*Printed name and bar number*

1700 G Street NW
Legal Division
Washington, DC 20552

*Address*

kevin.friedl@cfpb.gov
*E-mail address*

(202) 435-9268
*Telephone number*

(202) 435-7024
*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christian G. Vergonis
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

Michael A. Carvin
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

Laura Jane Durfee
Jones Day
2727 N. Harwood Street
Dallas, TX  75201

                                                /s/ Kevin E. Friedl
                                                Kevin E. Friedl