AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Community Financial Services Assoc. of Am. et al.<br>*Plaintiff*<br>v.<br>Consumer Financial Protection Bureau et al.<br>*Defendant* | Case No. 1:18-cv-295 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Consumer Financial Protection Bureau and John Michael Mulvaney.

Date: 05/31/2018

/s/ Kristin Bateman
*Attorney's signature*

Kristin Bateman (Cal. Bar No. 270913)
*Printed name and bar number*

1700 G Street NW
Legal Division
Washington, DC 20552
*Address*

kristin.bateman@cfpb.gov
*E-mail address*

(202) 435-7821
*Telephone number*

(202) 435-7024
*FAX number*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christian G. Vergonis
Jones Day
51 Louisiana Avenue NW
Washington , DC 20001

Michael A. Carvin
Jones Day
51 Louisiana Avenue NW
Washington , DC 20001

Laura Jane Durfee
Jones Day
2727 N. Harwood Street
Dallas , TX  75201

            /s/ Kristin Bateman
            Kristin Bateman
            *Counsel for Defendants*