UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br> CONSUMER FINANCIAL PROTECTION BUREAU *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-295 |

**[PROPOSED] ORDER**

The Court, having considered the parties' Joint Motion for Stay of Litigation and Stay of Agency Action Pending Review, GRANTS the Joint Motion.  Accordingly, it is hereby:

ORDERED that the August 19, 2019, compliance date of the "Payday, Vehicle Title, and Certain High-Cost Installment Loans" rule  ("Payday Rule") published by the Bureau of Consumer Financial Protection (Bureau) in the Federal Register on November 17, 2017, 82 Fed. Reg. 54,472, is STAYED until final judgment is entered in this action and for 445 days thereafter.

ORDERED that further proceedings in this litigation are STAYED pending completion of the Bureau's rulemaking process to reconsider the Payday Rule.

ORDERED that the Bureau will submit a status report on February 15, 2019, and every 60 days thereafter informing the Court of its progress on the rulemaking to reconsider the Payday Rule.

ORDERED that the parties will promptly notify the Court when the rulemaking process is complete.  Within 30 days of the publication in the Federal Register of any final rule amending the Payday Rule, the parties will inform the Court of whether any further proceedings in this case are necessary and, if so, the parties will propose a schedule for further proceedings.

ORDERED that Defendants shall have no obligation to answer the complaint in the above-captioned case.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE