AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .
National Consumer Law Center

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*