UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., and CONSUMER SERVICE ALLIANCE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and JOHN MICHAEL MULVANEY,<br><br>Defendants. | Civil Action No. 1:18-cv-295-LY |

**[PROPOSED] ORDER**

Upon consideration of the motion of Public Citizen, Inc., Americans for Financial Reform Education Fund, Center for Responsible Lending, and National Consumer Law Center for leave to file an amicus memorandum in opposition to the parties' joint motion for a stay of agency action pending review, it is hereby

ORDERED that the motion is GRANTED.


Dated: _____                                 _____
                                                                          Lee Yeakel
                                                                          United States District Judge