UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., and CONSUMER SERVICE ALLIANCE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and JOHN MICHAEL MULVANEY,<br><br>Defendants. | Civil Action No. 1:18-cv-295-LY |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Public Citizen, Inc., Americans for Financial Reform Education Fund, and National Consumer Law Center state that they are nonprofit, non-stock corporations. They have no parent corporations, and no publicly held corporations have an ownership interest in them.

Center for Responsible Lending states that it is a nonprofit, non-stock corporation. Its parent corporation is Center for Community Self-Help, a nonprofit, non-stock corporation. No publicly held corporations have an ownership interest in Center for Responsible Lending or the Center for Community Self-Help.

Dated: June 4, 2018                                         Respectfully submitted,

/s/ Aaron Johnson

Aaron Johnson (TX Bar No. 24056961)
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
Fax: (512) 474-0008
ajohnson@equaljusticecenter.org

1

Rebecca Smullin (DC Bar No. 1017451)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
Fax: (202) 588-7795
rsmullin@citizen.org

*Counsel for Movants Public Citizen, Inc., Americans for Financial Reform Education Fund, Center for Responsible Lending, and National Consumer Law Center*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties.

                                                     /s/ Aaron Johnson

                                                     Aaron Johnson