IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JUN -5  AM 9: 04

**COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., et al.**

-vs-

**CONSUMER FINANCIAL PROTECTION BUREAU, et al.**

Case No. 1:18-cv-295-LY

## ORDER

BE IT REMEMBERED on this the 4th day of June, 2018, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Rebecca Smullin** ("Applicant"), counsel for Public Citizen, Inc., Americans for Financial Reform Education Fund, Center for Responsible Lending, National Consumer Law Center and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Public Citizen, Inc., Americans for Financial Reform Education Fund, Center for Responsible Lending, National Consumer Law Center in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 4th day of June, 2018.

UNITED STATES DISTRICT JUDGE