IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JUN 12 AM 11:00

| | | |
|---|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD. AND CONSUMER SERVICE ALLIANCE OF TEXAS, <br> PLAINTIFFS, <br><br> V. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU AND JOHN MICHAEL MULVANEY, <br> DEFENDANTS. | § § § § § § § § § § § § § § | CAUSE NO. A-18-CV-0295-LY |

## ORDER

Before the court in the above styled and numbered cause is nonparties Public Citizen, Inc., Americans for Financial Reform Education Fund, Center for Responsible Lending and National Consumer Law Center's Motion for Leave to File Amicus Memorandum in Opposition to the Parties' Joint Motion For Stay of Agency Action Pending Review filed June 2, 2018 (Clerk's Document No. 18). Included with the motion is the Memorandum of Amici Curiae Public Citizen, Inc., Americans for Financial Reform Education Fund, Center for Responsible Lending and National Consumer Law Center in Opposition to the Parties' Joint Motion for a Stay of Agency Action Pending Review.

Having considered the motion and the attached memorandum, the case file, the applicable law, and Plaintiffs Community Financial Services Association of America, Ltd. and Consumer Service Alliance of Texas's opposition to the nonparties' motion for leave to file,

**IT IS ORDERED** that nonparties Public Citizen, Inc., Americans for Financial Reform Education Fund, Center for Responsible Lending and National Consumer Law Center's motion for

leave to file their Amicus Memorandum filed June 2, 2018 (Clerk's Document No. 18) is **GRANTED**.

The clerk of court shall file the Amicus Memorandum in this action.

SIGNED this __12th__ day of June, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE