IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JUN 12  AM 11: 00

| | | |
|---|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD. AND CONSUMER SERVICE ALLIANCE OF TEXAS,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU AND JOHN MICHAEL MULVANEY,<br>　　　　DEFENDANTS. | §§§§§§§§§§§§§ | CAUSE NO. A-18-CV-0295-LY |

## ORDER

Before the court in the above styled and numbered cause is the parties' Joint Motion for Stay of Litigation and Stay of Agency Action Pending Review filed May 31, 2018 (Clerk's Document No. 16). By the motion the parties move the court for the following: (1) a stay of this litigation pending agency rulemaking to reconsider Defendant Consumer Financial Protection Bureau's (the "Bureau") final rule on payday, vehicle title, and certain high-cost installment loans (the "Payday Rule"); (2) a stay of the compliance date set forth in the Payday Rule until 445 days after final judgment in this litigation; and (3) a waiver of the Bureau and Defendant John Michael Mulvaney's obligation to file an answer in this action.

Having considered the case file and the applicable law,

**IT IS ORDERED** that the parties' Joint Motion for Stay of Litigation and Stay of Agency Action Pending Review filed May 31, 2018 (Clerk's Document No. 16) is **GRANTED TO THE FOLLOWING EXTENT**:

Defendants Consumer Financial Protection Bureau and John Michael Mulvaney are relieved of the obligation to file an answer in this action pending further order of the court and this action is **STAYED** pending further order of the court.

All other requests presented by the parties' Joint Motion for Stay of Litigation and Stay of Agency Action Pending Review filed May 31, 2018 (Clerk's Document No. 16) are **DENIED**.

**IT IS FURTHER ORDERED** that the parties file joint periodic status reports that detail the matters described in their motion, with the **first report due on or before August 17, 2018. Subsequent similar status reports are due on or before every 60 days thereafter** until further order of the court.

**IT IS FURTHER ORDERED** that because the court has relieved Defendants Consumer Financial Protection Bureau and John Michael Mulvaney of filing an answer at this time, Defendants' Unopposed Protective Motion to Extend Time to Answer Complaint filed June 4, 2018 (Clerk's Document No. 22) is **DISMISSED AS MOOT**.

SIGNED this __12th__ day of June, 2017.

```
_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE
```