UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

COMMUNITY FINANCIAL SERVICES
ASSOCIATION OF AMERICA, LTD., *et al.*,

   *Plaintiffs*,

v.

CONSUMER FINANCIAL PROTECTION
BUREAU, *et al.*,

   *Defendants*.

Civil Action No. 1:18-cv-295

## ORDER

Before the court in the above styled and numbered case is Defendants' Unopposed Motion for Leave to File Response in Excess of Page Limit, filed June 22, 2018. Included with the motion is Defendants' Response in Support of Plaintiffs' Motion for Reconsideration. Having considered the motion and the attached response, the case file, and the applicable law,

**IT IS ORDERED** that Defendants' motion for leave to file a motion in excess of page limits, filed June 22, 2018, is **GRANTED**.

The clerk of court shall file Defendants' Response in Support of Plaintiffs' Motion for Reconsideration in this action.

SIGNED this 26th day of June, 2018.

THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE