IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., and CONSUMER SERVICE ALLIANCE OF TEXAS,<br><br>     *Plaintiffs,*<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and JOHN MICHAEL MULVANEY, in his official capacity as Acting Director, Consumer Financial Protection Bureau,<br><br>     *Defendants.* | Civil Action No. 1:18-cv-295 |

## JOINT STATUS REPORT

Plaintiffs Community Financial Services Association of America, Ltd., and Consumer Service Alliance of Texas, together with Defendants the Bureau of Consumer Financial Protection (Bureau) and John Michael Mulvaney, in his official capacity as Acting Director of the Bureau, (collectively, the "Parties") submit this Joint Status Report pursuant to the Court's Order dated June 12, 2018.

In this litigation, Plaintiffs challenge the Bureau's "Payday, Vehicle Title, and Certain High-Cost Installment Loans" rule ("Payday Rule" or "Rule").  As previously reported to the Court, the Bureau intends to engage in a rulemaking process to reconsider that Rule.  The Bureau is engaged in ongoing work to prepare a notice of proposed rulemaking to reconsider the Payday Rule and expects to issue that notice of proposed rulemaking by early 2019.  Plaintiffs represent

that Plaintiffs' members continue to face substantial costs in preparation for compliance with the

Payday Rule.


Dated:  August 17, 2018

Respectfully submitted,

| | |
|---|---|
| MARY McLEOD<br>General Counsel<br><br>JOHN R. COLEMAN<br>Deputy General Counsel<br><br>STEVEN Y. BRESSLER<br>Assistant General Counsel<br><br> /s/ Kristin Bateman<br>KRISTIN BATEMAN (Cal. Bar No. 270913)<br>KEVIN FRIEDL (NY Bar No. 5240080)<br>NANDAN JOSHI (DC Bar No. 456750)<br>Attorneys<br>Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Legal Division<br>Washington, D.C. 20552<br>Telephone: (202) 435-7821<br>Fax: (202) 435-7024<br>Kristin.Bateman@cfpb.gov<br><br>*Counsel for Defendants Consumer Financial Protection Bureau and John Michael Mulvaney* | */s/ Michael A. Carvin*<br>  MICHAEL A. CARVIN<br>  D.C. Bar No. 366784<br>  Admitted *pro hac vice*<br>  macarvin@jonesday.com<br>CHRISTIAN G. VERGONIS<br>  D.C. Bar No. 483293<br>  Admitted *pro hac vice*<br>  cvergonis@jonesday.com<br>**JONES DAY**<br>51 Louisiana Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br><br>LAURA JANE DURFEE<br>  Texas Bar No. 24069653<br>  ldurfee@jonesday.com<br>**JONES DAY**<br>2727 North Hardwood Street<br>Dallas, TX 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Michael A. Carvin
Christian G. Vergonis
Jones Day
51 Louisiana Ave., NW
Washington, DC 20001-2113

Laura Jane Durfee
Jones Day
2727 N. Harwood
Dallas, TX 75201

/s/ Kristin Bateman
Kristin Bateman
*Counsel for Defendants*