IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2018 AUG 28  AM 10: 05
CLERK
WESTERN
BY

| | | |
|---|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD. AND CONSUMER SERVICE ALLIANCE OF TEXAS,<br>         PLAINTIFFS,<br><br>V.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU AND JOHN MICHAEL MULVANEY,<br>         DEFENDANTS. | §§§§§§§§§§§§§ | CAUSE NO. A-18-CV-0295-LY |

## **ORDER**

Before the court in the above styled and numbered cause is the parties' Joint Status Report filed August 17, 2018 (Clerk's Document No. 38). On June 12, 2018, the court stayed this action pending further order of the court and directed the parties to file joint periodic status reports, with the first report due August 17, 2018. The parties' August 17 report informs the court that the Defendant Consumer Financial Protection Bureau is engaged in ongoing work to prepare a notice of proposed rulemaking to reconsider the Payday Rule and expects to issue that notice of proposed rulemaking by early 2019. Plaintiffs represent that their members will continue to face substantial costs in preparation for compliance with the Payday Rule. Having considered the report and the case file,

**IT IS ORDERED** that the stay ordered June 12, 2018, is continued in full force and effect.

**IT IS FURTHER ORDERED** that the parties file a Joint Status Report on **or before** October 31, 2018.

SIGNED this \_\_\_28th\_\_\_ day of August, 2018.

*Lee Yeakel*
LEE YEAKEL
UNITED STATES DISTRICT JUDGE