IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
18 SEP 18 AM 11:08
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD. AND CONSUMER SERVICE ALLIANCE OF TEXAS, <br> PLAINTIFFS, <br><br> V. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU AND JOHN MICHAEL MULVANEY, <br> DEFENDANTS. | § § § § § § § § § § § § § | CAUSE NO. A-18-CV-0295-LY |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that the above styled and numbered cause is set for a **STATUS CONFERENCE** at **9:30 a.m., Thursday, October 4, 2018,** in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

At least one attorney representing Plaintiffs Community Financial Services Association of America, Ltd. and Consumer Service Alliance of Texas and one attorney representing Defendants Consumer Financial Protection Bureau and John Michael Mulvaney shall appear and be present at the conference in person.

SIGNED this __18th__ day of September, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE