AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Community Financial Services Association of America, Ltd., et al., <br> *Plaintiff* <br> v. <br> Consumer Financial Protection Bureau, et al., <br> *Defendant* | Case No. 1:18-cv-295-LY |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cooperative Baptist Fellowship.

Date: 09/19/2018

/s/ Rebecca Smullin
*Attorney's signature*

Rebecca Smullin, DC Bar No. 1017451
*Printed name and bar number*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Address*

rsmullin@citizen.org
*E-mail address*

(202) 588-1000
*Telephone number*

(202) 588-7795
*FAX number*