UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., and CONSUMER SERVICE ALLIANCE OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and JOHN MICHAEL MULVANEY,<br><br>Defendants. | Civil Action No. 1:18-cv-295-LY |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Cooperative Baptist Fellowship states that it is a nonprofit, nonstock corporation. It has no parent corporation, and no publicly held corporation has an ownership interest in it.

Dated: September 19, 2018

Respectfully submitted,

/s/ Rebecca Smullin
Rebecca Smullin (DC Bar No. 1017451)
*(admitted pro hac vice)*
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
rsmullin@citizen.org

Aaron Johnson (TX Bar No. 24056961)
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
Fax: (512) 474-0008
ajohnson@equaljusticecenter.org

*Counsel for Cooperative Baptist Fellowship*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties.

/s/ Rebecca Smullin<br>
Rebecca Smullin