IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., and CONSUMER SERVICE ALLIANCE OF TEXAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and JOHN MICHAEL MULVANEY, in his official capacity as Acting Director, Consumer Financial Protection Bureau,<br><br>*Defendants.* | Civil Action No. 1:18-cv-295 |

## ORDER

Before the court in the above styled and numbered case is a Motion to Withdraw filed by Nandan M. Joshi, filed December 12, 2018. Having considered the motion,

**IT IS ORDERED** that the motion to withdraw, filed December 12, 2018, is **GRANTED**.

SIGNED this 13th day of December, 2018.

THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE