**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., and CONSUMER SERVICE ALLIANCE OF TEXAS, <br><br>    *Plaintiffs,* <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU and KATHLEEN KRANINGER, in her official capacity as Director, Consumer Financial Protection Bureau, <br><br>    *Defendants.* | Civil Action No. 1:18-cv-295 |

## JOINT STATUS REPORT

Plaintiffs Community Financial Services Association of America, Ltd., and Consumer Service Alliance of Texas, together with Defendants the Consumer Financial Protection Bureau and Kathleen Kraninger, in her official capacity as Director of the Bureau, (collectively, the "Parties") submit this Joint Status Report pursuant to the Court's Order dated May 30, 2019 (ECF No. 60).

In this litigation, Plaintiffs challenge the Bureau's "Payday, Vehicle Title, and Certain High-Cost Installment Loans" rule ("Payday Rule" or "Rule"). The Rule contains two primary components—underwriting provisions requiring lenders to assess borrowers' ability to repay before making covered loans and payments provisions governing lenders' withdrawing payments

for covered loans from consumers' bank accounts. The Rule established August 19, 2019 as the compliance date for these provisions, but this Court stayed the compliance date by order dated November 6, 2018 (ECF No. 53).

As the Parties previously reported to the Court, the Bureau published two notices of proposed rulemaking in the Federal Register on February 14, 2019: one that proposed to rescind the Rule's underwriting provisions, 84 Fed. Reg. 4252 (Feb. 14, 2019), and one that proposed to delay the compliance date for those provisions, 84 Fed. Reg. 4298 (Feb. 14, 2019).

On June 6, 2019, the Bureau issued a final rule that delayed the compliance date for the underwriting provisions until November 19, 2020.  That final rule was published in the Federal Register on June 17, 2019, and will take effect on August 16, 2019.  84 Fed. Reg. 27907 (June 17, 2019).  The Bureau is continuing to make progress on its other rulemaking, which proposed to rescind the underwriting provisions.

The parties are not requesting that the Court lift the stay of litigation or lift the stay of the compliance date at this time.

Dated:  August 2, 2019

Respectfully submitted,

| | |
|---|---|
| MARY McLEOD<br>General Counsel | _/s/ Michael A. Carvin_ |
| | MICHAEL A. CARVIN |
| JOHN R. COLEMAN<br>Deputy General Counsel | D.C. Bar No. 366784<br>Admitted _pro hac vice_<br>macarvin@jonesday.com |
| STEVEN Y. BRESSLER<br>Assistant General Counsel | CHRISTIAN G. VERGONIS<br>D.C. Bar No. 483293<br>Admitted _pro hac vice_<br>cvergonis@jonesday.com |
| _/s/ Kristin Bateman_ | **JONES DAY** |
| KRISTIN BATEMAN (Cal. Bar No. 270913)<br>KEVIN FRIEDL (NY Bar No. 5240080)<br>Attorneys | 51 Louisiana Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 879-3939 |
| Consumer Financial Protection Bureau<br>1700 G Street, NW | Facsimile: (202) 626-1700 |
| Legal Division<br>Washington, D.C. 20552 | LAURA JANE DURFEE<br>Texas Bar No. 24069653 |
| Telephone: (202) 435-7821<br>Fax: (202) 435-7024 | ldurfee@jonesday.com |
| Kristin.Bateman@cfpb.gov | **JONES DAY** |
| | 2727 North Hardwood Street |
| _Counsel for Defendants Consumer Financial_<br>_Protection Bureau and Kathleen Kraninger_ | Dallas, TX 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100 |
| | _Counsel for Plaintiffs_ |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Michael A. Carvin
Christian G. Vergonis
Jones Day
51 Louisiana Ave., NW
Washington, DC 20001-2113

Laura Jane Durfee
Jones Day
2727 N. Harwood
Dallas, TX 75201

/s/ Kristin Bateman
Kristin Bateman
*Counsel for Defendants*