IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD. AND CONSUMER SERVICE ALLIANCE OF TEXAS,<br>PLAINTIFFS,<br><br>V.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU AND KATHLEEN LAURA KRANINGER, IN HER OFFICIAL CAPACITY AS DIRECTOR, CONSUMER FINANCIAL PROTECTION BUREAU,<br>DEFENDANTS. | § § § § § § § § § § § § § § § § | CAUSE NO. A-18-CV-0295-LY |

## ORDER

Before the court is the above styled and numbered cause. Plaintiffs filed an Amended Complaint on August 28, 2020 (Doc. #76). In light of the filing of the amended complaint and having considered the applicable law,

**IT IS ORDERED** that Plaintiffs' Motion for Extension of the Page Limit in Its Motion For Preliminary Injunction and Plaintiffs' Motion for Preliminary Injunction filed September 14, 2018 (Docs. ##41 & 42), and Defendants' Motion to Extend Deadline For Response to Plaintiffs' Motion for Preliminary Injunction filed September 17, 2018 (Doc. #43) are **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _31st_ day of August, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE