IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-295 |

**NOTICE OF POTENTIALLY RELEVANT APPELLATE PROCEEDINGS**

Plaintiffs submit this Notice to apprise the Court of procedural developments in two cases, pending before the United States Court of Appeals for the Fifth Circuit, potentially relevant to the remedial issues in this matter.

On July 5, 2021, following the parties' recent submissions on the impact of the Supreme Court's decision in *Collins v. Yellen*, the en banc Fifth Circuit directed supplemental briefing in both *Collins*, No. 17-20364 (5th Cir.), and *CFPB v. All American Check Cashing*, No. 18-60302. *Collins* involves the remedy for acts taken by the FHFA when its director was unconstitutionally insulated from removal by the President. *All American Check Cashing*, like this action, involves the remedy for acts taken by the CFPB when its director was unconstitutionally insulated from removal by the President.

The Fifth Circuit's supplemental briefing schedule is as follows:

Appellants' Supplemental Opening Briefs:   Due July 26, 2021

Appellees' Supplemental Response Briefs:   Due August 25, 2021

Appellants' Supplemental Reply Briefs:   Due September 8, 2021.

Dated: July 13, 2021 | Respectfully submitted,

/s/ *Laura Jane Durfee*
  MICHAEL A. CARVIN
    D.C. Bar No. 366784
    Admitted *pro hac vice*
    macarvin@jonesday.com
  CHRISTIAN G. VERGONIS
    D.C. Bar No. 483293
    Admitted *pro hac vice*
    cvergonis@jonesday.com
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

  LAURA JANE DURFEE
    Texas Bar No. 24069653
    ldurfee@jonesday.com
**JONES DAY**
2727 North Hardwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*Counsel for Plaintiffs*