# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |  |
|---|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., CONSUMER SERVICE ALLIANCE OF TEXAS, PLAINTIFFS, | § § § § § § § | |
| V. | § § | CAUSE NO. 1:18-CV-00295-LY |
| CONSUMER FINANCIAL PROTECTION BUREAU, KATHLEEN KRANINGER, IN HER OFFICIAL CAPACITY AS DIRECTOR, CONSUMER FINANCIAL BUREAU; DEFENDANTS. | § § § § § § | |

## ORDER FOR ADDITIONAL BRIEFING

Before the court is the above-styled and numbered cause. The court requests additional briefing concerning what would be the appropriate compliance date if the court were to deny Plaintiffs' motion for summary judgment and grant Defendants' motion for summary judgment.

The parties shall file their briefs, not to exceed five pages, on or before August 6, 2021. The parties may file a response, not to exceed five pages, on or before August 16, 2021. The court will consider the matter fully briefed upon receipt of the parties' responses and no reply briefs will be necessary.

SIGNED this **29th** day of July, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE