IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., CONSUMER SERVICE ALLIANCE OF TEXAS, PLAINTIFFS, | § § § § § § | |
| V. | § § | CAUSE NO. 1:18-CV-00295-LY |
| CONSUMER FINANCIAL PROTECTION BUREAU, KATHLEEN KRANINGER, IN HER OFFICIAL CAPACITY AS DIRECTOR, CONSUMER FINANCIAL BUREAU; DEFENDANTS. | § § § § § § § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order granting summary judgment in favor of Defendants Consumer Financial Protection Bureau and Kathleen Kraninger. As nothing remains for resolution in the cause, the court now renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all costs of court are taxed against Plaintiffs and this case is hereby **CLOSED**.

SIGNED this 31st day of August, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE