IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-295 |

**NOTICE OF APPEAL**

Notice is hereby given that Community Financial Services Association of America, Ltd. and Consumer Service Alliance of Texas, who are Plaintiffs in the above-captioned case, appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (ECF No. 104) and the Order on Cross-Motions for Summary Judgment (ECF No. 103) denying Plaintiffs' Motion for Summary Judgment (ECF No. 80), granting Defendants' Cross-Motion for Summary Judgment (ECF No. 82), and staying the August 19, 2019 compliance date of the 2017 Rule until 286 days after August 31, 2021. The Order and Final Judgment were entered on August 31, 2021.

Dated: September 9, 2021                               Respectfully submitted,

                                                        */s/Laura Jane Durfee*
                                                        MICHAEL A. CARVIN
                                                          D.C. Bar No. 366784
                                                          Admitted *pro hac vice*
                                                          macarvin@jonesday.com
                                                       CHRISTIAN G. VERGONIS
                                                         D.C. Bar No. 483293
                                                          Admitted *pro hac vice*
                                                          cvergonis@jonesday.com
                                                      **JONES DAY**
                                                      51 Louisiana Avenue NW
                                                      Washington, DC 20001
                                                      Telephone: (202) 879-3939
                                                      Facsimile: (202) 626-1700

                                                      LAURA JANE DURFEE
                                                          Texas Bar No. 24069653
                                                          ldurfee@jonesday.com
                                                      **JONES DAY**
                                                      2727 North Hardwood Street
                                                      Dallas, TX 75201
                                                      Telephone: (214) 220-3939
                                                      Facsimile: (214) 969-5100

                                                     *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 9, 2021

*/s/Laura Jane Durfee*
Laura Jane Durfee
*Counsel for Plaintiffs*
