# United States Court of Appeals
# for the Fifth Circuit

———————

No. 21-50826

———————

Community Financial Services Association of America, Limited; Consumer Service Alliance of Texas,

*Plaintiffs—Appellants*,

*versus*

Consumer Financial Protection Bureau; Rohit Chopra, *in his official capacity as* Director, Consumer Financial Protection Bureau,

*Defendants—Appellees*.

———————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-295

———————

Before Smith, Higginson, and Willett, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the appellants' opposed motion to extend the district court's stay of the compliance date until 286 days after resolution of the appeal is GRANTED. This order is without prejudice to motions by either side to modify the stay in light of future developments.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 14, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-50826   Cmty Fin Assoc America v. CFPB
                  USDC No. 1:18-CV-295

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Laney L. Lampard, Deputy Clerk
504-310-7652

Mr. Hampton Hunter Bruton I
Mr. Michael A. Carvin
Ms. Jeannette Clack
Ms. Laura Jane Durfee
Mr. Kevin E. Friedl
Mr. Christian Vergonis