**FILED**
February 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

**Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001**

February 27, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011



Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Consumer Financial Protection Bureau, et al.
v. Community Financial Services Association of America, Limited, et al.
No. 22-448
(Your No. 21-50826)
1:18-cv-295 LY

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 28, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

     No. 21-50826   Cmty Fin Assoc America v. CFPB
                           USDC No. 1:18-CV-295

Dear Mr. Devlin,

Enclosed is a copy of the Supreme Court order granting certiorari (Supreme Court Number: 22-448).

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673